UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:25-cr-92-TPB-PRL
18 U.S.C. § 1001
MICHELLE NICOLE MARIE BRANNON   18 U.S.C. § 1791(a)(1)
ROBERT HAYES   18 U.S.C. § 1791(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 27, 2025, in the Middle District of Florida, the defendant,

**MICHELLE NICOLE MARIE BRANNON,**

in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to a Federal Bureau of Prisons Corrections Officer, M.D., that she did not have any narcotics and prescription drugs in her possession upon entering the Coleman Federal Correctional Complex, knowing such statement and representation to be false, fictitious and fraudulent.

In violation of 18 U.S.C. § 1001.

### COUNT TWO

On or about April 27, 2025, in the Middle District of Florida, the defendant,

**MICHELLE NICOLE MARIE BRANNON,**

in violation of a statute, rule, and order issued under a statute, knowingly provided

and attempted to provide a a prohibited object, namely, buprenorphine (a Schedule III controlled substance), to a federal inmate, Robert Hayes, of the Coleman Federal Correctional Complex.

In violation of 18 U.S.C. § 1791(a)(1) and (b)(3).

### COUNT THREE

On or about April 27, 2025, in the Middle District of Florida, the defendant,

**ROBERT HAYES,**

being an inmate of a prison, Coleman Federal Correctional Complex, knowingly possessed a prohibited object, namely, buprenorphine (a Schedule III controlled substance).

In violation of 18 U.S.C. § 1791(a)(2) and (b)(3).

A TRUE BILL,

███████████████████
Foreperson

GREGORY W. KEHOE
United States Attorney

By: /s/ Hannah Watson
Hannah Watson
Assistant United States Attorney

By: /s/ Robert E. Bodnar, Jr.
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
June 25

No. 5:25-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

## THE UNITED STATES OF AMERICA

vs.

### MICHELLE NICOLE MARIE BRANNON
### ROBERT HAYES

## INDICTMENT

Violations:   18 U.S.C. § 1001
18 U.S.C. § 1791(a)(1)
18 U.S.C. § 1791(a)(2)

A true bill,

███████████████████████████
Foreperson

Filed in open court this 17th day of June 2025.

_____M. Taylor_____
Clerk

Bail $_____

GPO 863 525